**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexandrah Sawyer, | No. CV-23-00303-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

On July 3, 2023, Plaintiff Alexandrah Sawyer filed a Complaint and Application to Proceed In Forma Pauperis ("IFP Application"). Docs. 1, 2. Initially, the matter was assigned to the Honorable Michael A. Ambri. Doc. 3. A party elected assignment to the District Court, and on July 7, 2023, the matter was reassigned to the undersigned. *See* Docs. 5, 6.

The Court has reviewed Plaintiff's IFP Application. Doc. 2. The Court finds that Plaintiff has shown he is unable to pay the fees without hardship as required by 28 U.S.C. § 1915(a). An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). The IFP statute does not itself define what constitutes insufficient assets and the Ninth Circuit has recognized, "[o]ne need not be absolutely destitute to obtain benefits of the in forma pauperis statute." *Jefferson v. United States*, 277 F.2d 723, 725 (9th Cir. 1960). Nonetheless, a plaintiff seeking IFP status must allege poverty "with some particularity, definiteness and certainty." *United States v.*

*McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (internal quotation marks omitted). Here, Plaintiff's IFP Application indicates that he has no income or assets. Doc. 2 at 1–3. Plaintiff also reports that he has no monthly expenses, debts, or other financial obligations. *Id.* at 4–5. Plaintiff does not have sufficient means to cover the $402 filing fee without hardship. *See id.* Because Plaintiff has made the required showing under 28 U.S.C. § 1915(a), the Court **GRANTS** Plaintiff's IFP Application.

Accordingly,

**IT IS ORDERED GRANTING** Plaintiff's IFP Application. Doc. 2.

**IT IS FURTHER ORDERED** this case, reassigned to the Honorable John C Hinderaker, is hereby referred to Magistrate Judge Michael A. Ambri for all pretrial proceedings and a report and recommendation in accordance with 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and 72.2 of the Rules of Practice of the United States District Court for the District of Arizona. All future filings in this case shall be designated:

CV-23-00303-TUC-JCH (MAA).

Dated this 10th day of July, 2023.

_____
Honorable John C. Hinderaker
United States District Judge